[No. 13535-0-I. Division One. November 25, 1985.]

IFG LEASING COMPANY, *Respondent*, v. STEPHEN K. HAMILTON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-06571-2, James D. McCutcheon, Jr., J., entered June 27, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.

[No. 7039-1-II. Division Two. November 25, 1985.]

GARTH PARBERRY EQUIPMENT REPAIR, INC., *Appellant*, v. MARVIN JOHNSON TRUCKING, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 29605, Gerald B. Chamberlin, J., entered April 29, 1983. *Reversed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 6498-1-III. Division Three. November 26, 1985.]

AUBREY O. DODD, *Appellant*, v. ROCKWELL INTERNATIONAL CORPORATION, ROCKWELL HANFORD OPERATIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 82-2-00450-0, Fred R. Staples, J., entered April 11, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.